UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN FLYNN, *et al.*,<br><br>        Plaintiffs,<br><br>        v.<br><br>SCHNELL CONTRACTING SERVICES, LLC,<br><br>        Defendant. | Civil Action No.<br>05-01020 (ESH) |

## DECLARATION IN SUPPORT OF
## SERVICE OF SUMMONS AND COMPLAINT

Pursuant to 28 U.S.C. § 1746, I, STEPHEN ZACHARY, hereby declare as follows:

1. I am a paralegal with the firm of Dickstein Shapiro Morin & Oshinsky LLP and assist Ira R. Mitzner, counsel to the Plaintiffs, in the above-captioned case.

2. On September 15, 2005, service of the Summons and Complaint in this action was made upon Schnell Contracting Services, LLC, by delivering said documents at 1301 West Park Avenue, Ocean, New Jersey, 07712 to Edward Lawrence, Managing Agent, authorized to accept service on behalf of Schnell Contracting Services, LLC.

3. Proof of such service is provided by the declaration of process server, William Dela Torre, attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Date: ___9/19/05___                                 ___Stephen Zachary___
                                                              Stephen Zachary