AO 440 (v. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JOHN FLYNN, et al.,

                        Plaintiffs    **SUMMONS IN A CIVIL CASE**

V.

                                     CASE NUMBER: 105CV1020

                                     JUDGE: ELLEN S. HUVELLE

SCHNELL CONTRACTING SERVICES, LLC.,    DECK TYPE: LABOR/ERISA (NON-EMPLOY)

                                     DATE: MAY 19,2005

                        Defendant

TO: (Name and address of Defendant)

    Schnell Contracting Services, LLC
    1301 West Park Avenue
    Ocean, NJ 07712

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Ira R. Mitzner, Esq.
    Dickstein Shapiro Morin & Oshinsky, LLP
    2101 L Street, NW
    Washington, DC 20037

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          MAY 19 2005
CLERK                                                DATE

174 (By) DEPUTY CLERK

DSMDB.1747031.1

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me | 09-15-05 @ 1:30 pm |
| NAME OF SERVER (PRINT) | TITLE |
| William Dela Torre | Private ProcessSServer |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): by serving, Edward Lawrence - Managing Agent for Schnell Contracting Services, LLC, located at: 1301 West Park Avenue, Ocean, NJ 07712.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  09-15-05
             Date          Signature of Server

**CAPITOL PROCESS SERVICES**
**1827 18TH STREET, N.W.**
**WASHINGTON, D.C. 20009**
**(202) 667-0050**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.