UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, *et al.*,          :
                               :
       Plaintiffs,        :
                               :
       v.                 :    Civil Action No.  05-1020 (ESH)
                               :
SCHNELL CONTRACTING SERVICE, LLC,  :
                               :
       Defendant.         :
                               :

## ORDER

While proof of service of process in this case was accomplished on September 15, 2005, plaintiffs have done nothing further to prosecute this case.  Accordingly, it is this 19th day of October, 2005, hereby

**ORDERED** that by no later than November 4, 2005, plaintiffs shall cause default to be entered and apply for entry of judgment thereon or show cause why a motion for entry of default has not been filed.  If plaintiffs fail to do this, the complaint will be dismissed for want of prosecution.

                                                         s/
                                      ELLEN SEGAL HUVELLE
                                      United States District Judge