CO-538
Rev. 3/87

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al., )
        Plaintiffs )
)
vs. )    Civil Action No. __1:05cv01020__
)
)
Schnell Contracting Services, LLC )
        Defendant(s)

### AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this __3rd__ day of __November__, __2005__, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) __Schnell Contracting Services, LLC__

was [~~were~~]:   [personally served with process on __September 15, 2005__ ].

OR

[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):

_____ ].

OR

[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):

_____ ].

[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is:

__29 U.S.C. Section 1132(e)(2)__ ].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [~~although an extension has been given, the time for filing has expired~~]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

                                                  _[signature]_
                                           Attorney for Plaintiff(s) [signature]
                                           Ira R. Mitzner
                                           Dickstein Shapiro Morin & Oshinsky LLP
__184564__                                 2101 L Street, NW, Washington DC 20037
Bar Id. Number                         Address and Telephone Number (202) 785-9700

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SCHNELL CONTRACTING SERVICES, LLC<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 1:05 cv 01020<br>     Judge: Ellen S. Huvelle |

## LOCAL RULE 7(K) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

    Ira R. Mitzner, Esq.
    Dickstein Shapiro Morin & Oshinsky LLP
    2101 L Street, N.W.
    Washington, D.C. 20037-1526
    Telephone: (202) 828-2234
    Facsimile   (202) 887-0689

    Schnell Contracting Services, LLC
    1301 West Park Avenue
    Ocean, NJ 07712
    (732) 493-8222