Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al.
    Plaintiff(s)

v.

Civil Action No. 05-1020

SCHNELL CONTRACTING SERVICES, LLC
    Defendant(s)

RE: SCHNELL CONTRACTING SERVICES, LLC

## DEFAULT

It appearing that the above-named defendant has failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on September 15, 2005, and an affidavit on behalf of the plaintiff having been filed, it is this 7th day of November, 2005 declared that: defendant is in default.

NANCY MAYER-WHITTINGTON, Clerk

By: *Jackie Trang*
    Deputy Clerk