UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN FLYNN,** *et al.*, : | |
| **Plaintiffs,** : | |
| v. : | Civil Action No. 05-1020 (ESH) |
| **SCHNELL CONTRACTING SERVICE, LLC,** : | |
| **Defendant.** : | |

## ORDER

Default having been entered by the Clerk of Court on November 7, 2005, it is this 7th day of November, 2005, hereby

**ORDERED** that plaintiff shall move for default judgment on or before November 21, 2005 or the Court will dismiss this action for lack of prosecution pursuant to LCvR 83.23.

                                                                                                    s/
                                               ELLEN SEGAL HUVELLE
                                               United States District Judge