Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al.
_____

      Plaintiff(s)

                                 Civil Action No.  05-1020

    v.

SCHNELL CONTRACTING SERVICES, LLC
_____

      Defendant(s)

RE: **SCHNELL CONTRACTING SERVICES, LLC**

## DEFAULT

It appearing that the above-named    defendant has    failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on    September 15, 2005    , and an affidavit on behalf of the plaintiff having been filed, it is this 7th  day of  November  , 2005  declared that:  defendant is   in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _Jackie Frans_____

               Deputy Clerk