IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 05-1020 ) Judge: Ellen S. Huvelle |
| SCHNELL CONTRACTING SERVICES, LLC. | ) ) ) ) |
| Defendant. | ) ) |

### JUDGMENT

The Summons and Complaint in this action having been duly served on the above-named Defendant on September 15, 2005, and the time for said Defendant to appear and defend herein having expired, and Defendant not having filed an Answer, and the Clerk having entered default on November 7, 2005, and Plaintiffs having moved for entry of judgment by default in that amount, it is hereby

ORDERED, ADJUDGED AND DECREED that the final judgment in favor of Plaintiffs and against Defendant is hereby granted and ordered entered as the judgment in this action as follows:

1. That the Plaintiffs John Flynn, Dominic Spano, Kenneth Lambert, James Boland, Gerry O'Malley, Joseph Bramlett, Paul Songer, Charles Velardo, Eugene

George, Matthew Aquiline, Gregory Hess, Vincent DeLazzero and Michael Schmerbeck, all of whom are Trustees of, and sue on behalf of, the Bricklayers & Trowel Trades International Pension Fund ("IPF"), 1776 Eye Street, N.W., Fifth Floor, Washington, D.C. 20006, recover from the Defendant, Schnell Contracting Service, LLC, 1301 West Park Avenue, Ocean, NJ 07712, the sum of $183,960.56;

2. Schnell Contracting Services, LLC be directed to submit all monthly reports and contributions that may come due the Plaintiffs subsequent to the filing of this judgment;

3. That said judgment is without prejudice to the right of Plaintiffs to seek recovery of any past or future delinquencies, interest, damages and reasonable attorney's fees and costs that may be owing to the Plaintiffs from Schnell Contracting Services, LLC; and

4. That Schnell Contracting Services, LLC comply with its obligation to make timely and full contributions to the IPF.

ORDERED, ADJUDGED AND DECREED that Plaintiffs have execution therefor.

Dated: _____, 2005         _____
                                              Ellen S. Huvelle
                                              United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, *et al.*,        )<br>                              )<br>        Plaintiffs,           )<br>                              )<br>    v.                        )<br>                              )<br>SCHNELL CONTRACTING SERVICES, LLC )<br>                              )<br>        Defendant.            )<br>                              ) | Case No. 1:05 cv 01020<br>Judge: Ellen S. Huvelle |

## LOCAL RULE 7(K) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

>   Ira R. Mitzner, Esq.
>   Dickstein Shapiro Morin & Oshinsky LLP
>   2101 L Street, N.W.
>   Washington, D.C. 20037-1526
>   Telephone: (202) 828-2234
>   Facsimile  (202) 887-0689

>   Schnell Contracting Services, LLC
>   1301 West Park Avenue
>   Ocean, NJ 07712
>   (732) 493-8222