UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 05-1020 (ESH) |
| | ) |
| SCHNELL CONTRACTING SERVICES, LLC, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

It is hereby **ORDERED** that plaintiffs' motion for entry of default judgment is **GRANTED**. Within 20 days of the date of this order defendant shall pay plaintiffs the amount of $183,960.56, pursuant to 29 U.S.C. § 1132(g)(2); and it is

**FURTHER ORDERED** that judgment shall be entered for plaintiffs and the complaint dismissed.

                                                     s/
                                       ELLEN SEGAL HUVELLE
                                       United States District Judge

Date:  November 30, 2005