UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, *et al.*, | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:05-cv-01020 (ESH) |
| | ) |
| SCHNELL CONTRACTING SERVICE, LLC | ) |
| | ) |
| Defendant. | ) |
| | ) |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE THAT, as of July 10, 2006, the name, address, telephone and facsimile numbers of the law firm Dickstein Shapiro Morin & Oshinsky LLP will change to the following:

> Dickstein Shapiro LLP
> 1825 Eye Street, NW
> Washington, DC  20006-5403
> (Tel.) 202-420-2200
> (Fax) 202-420-2201

The telephone numbers and email addresses for Ira R. Mitzner and Charles V. Mehler III will also change to the following:

> Ira R. Mitzner
> (202) 420-2234
> mitzneri@dicksteinshapiro.com
>
> Charles V. Mehler, III
> (202) 420-3674
> mehlerc@dicksteinshapiro.com

Also, please note that our firm will be closed on July 3, 2006.

Dated: June 26, 2006         DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP

By: _____
Ira R. Mitzner, DC Bar No. 184564
Charles V. Mehler, III, DC Bar No. 475909
Attorneys for Plaintiffs