UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN FLYNN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SCHNELL CONTRACTING SERVICES, LLC, )<br>)<br>Defendant. )<br>) | Case No. 1:05 CV 01020<br>Judge: Ellen S. Huvelle |

## MOTION TO VACATE JUDGMENT
## AND INCORPORATED MEMORANDUM IN SUPPORT THEREOF

On November 30, 2005, the Court entered a Judgment against Defendant Schnell Contracting Services, LLC in the sum of $183,960.56. Plaintiffs now move this Court to vacate the Judgment against Defendant for the reasons set forth in the Declaration of Ira R. Mitzner, attached hereto as Exhibit A. The parties have entered into a settlement agreement and the granting of this motion will allow the parties to complete the settlement.

WHEREFORE, Plaintiffs, by counsel, hereby respectfully move the Court to vacate the Judgment entered against Schnell Contracting Services, LLC.

Dated: Sept 27, 2007

Respectfully submitted,

By: /s/ Ira R. Mitzner
Ira R. Mitzner, DC Bar No. 184564
DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, D.C. 20006
(202) 420-2234

*Attorney for Plaintiffs*

2276804