IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SCHNELL CONTRACTING SERVICES, LLC, )<br>)<br>Defendant. )<br>) | Case No. 1:05 CV 01020<br>Judge: Ellen S. Huvelle |

## ORDER VACATING JUDGMENT

Upon consideration of Plaintiffs' Motion to Vacate Judgment and Incorporated Memorandum in Support Thereof and the supporting Declaration of Ira R. Mitzner showing there is an issue as to whether the complaint was served on Defendant, establishing good cause for the Judgment to be vacated,

It is on this ——— day of ——————, 2007 **ORDERED**, that the Judgment entered November 30, 2005 against Schnell Contracting Services is vacated.

Ellen S. Huvelle
United States District Court Judge

2277170.01

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SCHNELL CONTRACTING SERVICES, LLC, )<br>)<br>Defendant. ) | Case No. 1:05 CV 01020<br>Judge: Ellen S. Huvelle |

## LOCAL RULE 7(K) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

    Ira R. Mitzner, Esq.
    Dickstein Shapiro LLP
    1825 Eye Street, N.W.
    Washington, D.C. 20006
    Telephone: (202) 420-2234
    Facsimile: (202) 420-2201

    Schnell Contracting Services, LLC
    Five Points Square, 919 Route 33
    Building 5 Unit 32
    Freehold, NJ 07728
    Telephone: (732) 845-9801
    Facsimile: (732) 845-9821

2002472

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Vacate Judgment and Incorporated Memorandum in Support Thereof, Declaration of Ira R. Mitzner, proposed Order, and Local Rule 7(k) Statement, was served by first-class mail, postage prepaid, on the 27th day of September 2007 upon:

>Schnell Contracting Services, LLC
>Five Points Square, 919 Route 33
>Building 5 Unit 32
>Freehold, NJ 07728

*Joanne Jackson*