**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SCHNELL CONTRACTING SERVICES, LLC, )<br>)<br>Defendant. )<br>) | Case No. 1:05 CV 01020<br>Judge: Ellen S. Huvelle |

### ORDER TO VACATE JUDGMENT

Upon consideration of Parties' Joint Motion for Order to Vacate Judgment establishing good cause for the Judgment to be vacated,

It is on this _____ day of _____, 2007 **ORDERED**, that the Judgment entered November 30, 2005 against Schnell Contracting Services, LLC is vacated, for the reasons set forth in the Court's Minute Order of September 28, 2007.

_____
Ellen S. Huvelle
United States District Court Judge

2350473

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>SCHNELL CONTRACTING SERVICES, LLC,<br><br>   Defendant. | Case No. 1:05 CV 01020<br>Judge: Ellen S. Huvelle |

## LOCAL RULE 7(K) STATEMENT

  Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

    Ira R. Mitzner, Esq.
    Dickstein Shapiro LLP
    1825 Eye Street, N.W.
    Washington, D.C. 20006
    Telephone: (202) 420-2234
    Facsimile: (202) 420-2201

    Schnell Contracting Services, LLC
    Five Points Square, 919 Route 33
    Building 5 Unit 32
    Freehold, NJ 07728
    Telephone: (732) 845-9801
    Facsimile: (732) 845-9821

2002472

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Joint Motion for Order to Vacate Judgment, proposed Order, and Local Rule 7(k) Statement, was served by first-class mail, postage prepaid, on the 27th day of Nov. 2007 upon:

Schnell Contracting Services, LLC
Five Points Square, 919 Route 33
Building 5 Unit 32
Freehold, NJ 07728

_____
Joanne Jackson