IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

NOV 27 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JOHN FLYNN, et al., )
)
Plaintiffs, )
)
v. )   Case No. 1:05 CV 01020
)   Judge: Ellen S. Huvelle
SCHNELL CONTRACTING SERVICES, LLC, )
)
Defendant. )
)

## ORDER TO VACATE JUDGMENT

Upon consideration of Parties' Joint Motion for Order to Vacate Judgment establishing good cause for the Judgment to be vacated,

It is on this 27 day of November, 2007 **ORDERED**, that the Judgment entered November 30, 2005 against Schnell Contracting Services, LLC is vacated, for the reasons set forth in the Court's Minute Order of September 28, 2007.

Ellen S. Huvelle
United States District Court Judge

2350473